# JOHNSON *vs.* ROBERTS.

One entitled to a homestead, may take the statutory or the constitutional homestead at option, but cannot take both. The two are distinct, and where one has been taken, it cannot be supplemented by the other.

WARNER, Chief Justice.